**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **19-06297** |

☐ Check if this is an
amended filing

## Official Form 106Sum

### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

|  | **Your assets** Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................................... | $          70,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B....................................................... | $          6,030.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B.................................................................. | $          76,030.00 |

**Part 2:     Summarize Your Liabilities**

|  | **Your liabilities** Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          79,589.77 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $          18,472.94 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          57,121.70 |
| **Your total liabilities** | $          155,184.41 |

**Part 3:     Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $          6,189.40 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................................................... | $          6,835.73 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  Yes

7.  **What kind of debt do you have?**

   ☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Henry James Phillip Stroy**                                    Case number *(if known)* **19-06297**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

$ _____ 4,193.67

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 18,472.94 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 18,472.94 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-06297 |

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:     Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ☑ Yes.  Where is the property?

### 1.1

**5323 NORTH MAIN STREET**
Street address, if available, or other description

**Columbia          SC     29203-0000**
City                State    ZIP Code

**Richland**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☑ Other     **OFFICE BUILDING**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**DEBTORS PROPERTY-5323 NORTH MAIN STREET, COLUMBIA, SC 29203, RICHLAND COUNTY, (3) BEDROOM HOUSE, TMS # (R11705-03-07), TAX APPRAISAL VALUE ($61,000), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($53,000)**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$61,000.00** | **$61,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Simple**

☐ **Check if this is community property**
   (see instructions)

Debtor 1    **Henry James Phillip Stroy**                                    Case number *(if known)*    **19-06297**

**If you own or have more than one, list here:**

1.2

| **1446 AIRBASE ROAD** |
| Street address, if available, or other description |

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

■ Land

☐ Investment property

☐ Timeshare

☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Hopkins** | **SC** | **29061-0000** |
| City | State | ZIP Code |

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$9,000.00** | **$9,000.00** |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee Simple**

| **Richland** |
| County |

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**DEBTORS PROPERTY-LAND ONLY-1446 AIRBASE ROAD, HOPKINS, SC 29061, RICHLAND COUNTY, (1) LOT OF LAND, TMS # (R27600-04-02), TAX APPRAISAL VALUE ($15,100), SEE ATTACHED TAX APPRAISAL**

**DEBTOR ESTIMATES VALUE AT ($9,000)**

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=>    **$70,000.00**

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1

| Make: | **CHEVROLET** |
| Model: | **IMPALA** |
| Year: | **2010** |
| Approximate mileage: | **335,000** |
| Other information: |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$1,090.00** | **$1,090.00** |

| **2010 CHEVROLET IMPALA: VIN# (2G1WA5EK7A1145596), (4) DOOR, (6) CYLINDER, (335,000) MILES, NADA VALUE ($1,090)** |

3.2

| Make: | **CHRYSLER** |
| Model: | **TOWN & CHRYSLER** |
| Year: | **2006** |
| Approximate mileage: | **350,000** |
| Other information: |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| **Current value of the entire property?** | **Current value of the portion you own?** |
| **$385.00** | **$385.00** |

| **2006 CHRYSLER TOWN & CHRYSLER: VIN# (), (4) DOOR, (6) CYLINDER, (350,000) MILES, NADA VALUE ($385)** |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Henry James Phillip Stroy** | Case number *(if known)* | **19-06297** |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

   | | $1,475.00 |
   |---|---|

| **Part 3:** | **Describe Your Personal and  Household Items** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | HOUSEHOLD GOODS: COUCH, LOVESEAT, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER | $1,500.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | ELECTRONICS: TVS, DVD PLAYER, COMPUTER | $500.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes.  Describe.....

   | BOOKS | $50.00 |
   |---|---|

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | CLOTHING | $600.00 |
    |---|---|

| Debtor 1 | **Henry James Phillip Stroy** | | Case number *(if known)* | **19-06297** |

**12. Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes.  Describe.....

| JEWELRY | $100.00 |

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes.  Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................... | **$2,750.00**

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes................................................................................................

|  | **CASH ON HAND** | $0.00 |

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes........................

Institution name:

| 17.1. | **Savings** | **ALLSOUTH FEDERAL CREDIT UNION: SAVINGS ACCOUNT # (2324)** | $10.00 |
| 17.2. | **Checking** | **ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT # (3801)** | $0.00 |
| 17.3. | **Checking** | **ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT # (3627)** | $0.00 |
| 17.4. | **Checking** | **BB&T: CHECKING ACCOUNT # (5656)** | $0.00 |
| 17.5. | **Checking** | **BB&T: CHECKING ACCOUNT # (4933) (-$4.00)** | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor 1 | **Henry James Phillip Stroy** | Case number *(if known)* | **19-06297** |
|---|---|---|---|

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ■ No
    ☐ Yes. Give specific information about them
                    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | RETIREMENT PROGRAM: ERISA QUALIFIED 401K RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($300), CASH SURRENDER VALUE OF PROGRAM ($0.00) | $300.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ■ No
    ☐ Yes. ....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ■ No
    ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | **Henry James Phillip Stroy** | Case number *(if known)* | **19-06297** |
|---|---|---|---|

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

   _____

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **LINCOLN HERITAGE LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($16,000), CASH SURRENDER VALUE OF POLICY ($0.00)** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**..................................................................................................................

| **$310.00** |
|---|

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ☐ No. Go to Part 6.
   ■ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

Debtor 1    **Henry James Phillip Stroy**                           Case number *(if known)*  **19-06297**

---

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| ACCOUNT RECEIVABLE: DEBTOR HAS AN ACCOUNT RECEIVABLE WITH OBRIENS RESTAURANT IN THE AMOUNT OF $1,600.  DEBTOR DEEMS ACCOUNT RECEIVABLE UNCOLLECTIBLE.  PRESENT VALUE OF ACCOUNT RECEIVABLE ($0.00) | $0.00 |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ■ No
    ☐ Yes.  Describe.....

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| TOOLS OF TRADE: COMPUTERS, PRINTERS, COPIER, DESKS, TABLES, CHAIRS, PHONES | $1,495.00 |

41. **Inventory**
    ■ No
    ☐ Yes.  Describe.....

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them....................
         Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

       ■ No
       ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**......................................................................................................................

| |
|---|
| $1,495.00 |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

| Debtor 1 | **Henry James Phillip Stroy** | Case number *(if known)* | **19-06297** |
|---|---|---|---|

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

$0.00

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** .................................................................................................................    **$70,000.00**

56. **Part 2: Total vehicles, line 5**    $1,475.00
57. **Part 3: Total personal and household items, line 15**    $2,750.00
58. **Part 4: Total financial assets, line 36**    $310.00
59. **Part 5: Total business-related property, line 45**    $1,495.00
60. **Part 6: Total farm- and fishing-related property, line 52**    $0.00
61. **Part 7: Total other property not listed, line 54**    +    $0.00

62. **Total personal property.** Add lines 56 through 61...    **$6,030.00**    Copy personal property total    **$6,030.00**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62    **$76,030.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Assessor Data View**

The information provided on this page reflects data as of December 31, 2018 and should be used for reference only. For official assessment information, please contact the Richland County Assessor's Office.

Information presented on the Assessor's Database is collected, organized and provided for the convenience of the user and is intended solely for informational purposes. **ANY USER THEREOF OR RELIANCE THEREON IS AT THE SOLE DISCRETION, RISK AND RESPONSIBILITY OF THE USER.** While every attempt is made to provide information that is accurate at the date of publication, portions of such information may be incorrect or not current. **RICHLAND COUNTY HEREBY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, AS TO ITS ACCURACY, COMPLETENESS OR FITNESS FOR ANY PARTICULAR PURPOSE.** All official records of the County and the countywide elected officials are on file in their respective offices and may be viewed by the public at those offices.

## Owner Information

| | |
|---|---|
| Tax Map Number: | R11705-03-07 |
| Owner: | STROY HENRY |
| Address 1: | 5323 N MAIN ST |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | COLUMBIA SC 29203 |
| Property Location/Code: | 5323 N MAIN ST |

## Tax Information

| | |
|---|---|
| Year: | 2019 |
| Property Tax Relief: | $0.00 |
| Local Option Sales Tax Credit: | ($209.84) |
| Tax Amount: | $1,808.29 |
| Paid: | No |
| Homestead: | No |
| Assessed: | $3,660.00 |

## Assessment Information

| | | | |
|---|---|---|---|
| Year Of Assessment: | 2019 | Legal Residence: | No |
| Tax District: | 1CC | Sewer Connection: | CITY |
| Acreage Of Parcel: | 0.00 | Water Connection: | CITY |
| Non-Agriculture Value: | $29,400.00 | Agriculture Value: | $0.00 |
| Building Value: | $36,600.00 | Improvements: | $0.00 |
| Taxable Value: | $61,000.00 | | |
| Zoning: | UTD | | |

## Property Information

| | |
|---|---|
| Legal Description: | #SU |
| | 50X197X50X195.6    #PR ARDEN HEIGHTS |
| Land Type: | COMMERCIAL LAND |

## Transaction History

| Current Owner Name | Transaction Date | V/I | Book/Page | Transaction Price | Qual Code |
|---|---|---|---|---|---|
| STROY HENRY | 03/02/2007 | I | R1288/ 229 | $69,900.00 | Q |
| CADE DAN | 09/00/1986 | | D811 / 498 | **SEE DEED | |
| ADM OF VETERANS AFFAIRS | 11/11/1911 | | D283 / 314 | **SEE DEED | |

Case 19-06297-dd    Doc 14     Filed 12/30/19    Entered 12/30/19 07:14:27     Desc Main

** Where transaction price states DESCRIBED a copy Page 12 of 55 be obtained from the
Richland County Register of Deeds Office located at 1701 Main Street Room 101 Columbia, SC 29201
or via registering with the Richland County Premier Online Data Services.**

Qualification Code Definitions

## Structure Information

| Building Number | Year Structure Was Assessed | Building Description | Actual Year Built | Number Of Bathrooms | Number Of Bedrooms | Total Number Of Stories | Heated Square Footage | Total Square Footage |
|---|---|---|---|---|---|---|---|---|
| 1 | 2019 | RES ON COMMERCIAL LAND W/G 2 | 1935 | 1.0 | 2 | 1.0 | 1281 | 1508 |

## Structure Details

| Structure Type | Structure Description | Building Number |
|---|---|---|
| Building Element | AC TYPE...NONE | 1 |
| Building Element | ARCHITECTURAL STYLE...OLD HOUSE | 1 |
| Building Element | BUILDING SHAPE...L | 1 |
| Building Element | ELECTRICAL...BELOW AVERAGE | 1 |
| Building Element | EXTERIOR WALL 1...ALUMINUM OR VINYL | 1 |
| Building Element | FOUNDATION...PIERS | 1 |
| Building Element | HEAT TYPE/FUEL...CONVECTION/GAS | 1 |
| Building Element | INSULATION...MINIMUM | 1 |
| Building Element | INTERIOR FLOOR 1...PINE OR SOFTWOOD | 1 |
| Building Element | INTERIOR WALL 1...3-PLASTER/DRYWALL | 1 |
| Building Element | ROOF COVER...ASPHALT SHINGLE | 1 |
| Building Element | ROOF STRUCTURE...GABLE OR HIP | 1 |
| Building Element | STRUCTURAL FRAME...WOOD FRAME | 1 |
| Misc Improvement | FIREPLACE-1 STORY SINGLE/RESID | 1 |

## Exemptions

| Exemption Year | Exemption Description |
|---|---|

The information provided on this page reflects data as of December 31, 2018 and should be used for reference only. For official assessment information, please contact the Richland County Assessor's Office.

Information presented on the Assessor's Database is collected, organized and provided for the convenience of the user and is intended solely for informational purposes. **ANY USER THEREOF OR RELIANCE THEREON IS AT THE SOLE DISCRETION, RISK AND RESPONSIBILITY OF THE USER.** While every attempt is made to provide information that is accurate at the date of publication, portions of such information may be incorrect or not current. **RICHLAND COUNTY HEREBY DISCLAIMS ANY AND ALL WARRANTIES, EXPRESS OR IMPLIED, AS TO ITS ACCURACY, COMPLETENESS OR FITNESS FOR ANY PARTICULAR PURPOSE.** All official records of the County and the countywide elected officials are on file in their respective offices and may be viewed by the public at those offices.

### Owner Information

| | |
|---|---|
| Tax Map Number: | R27600-04-02 |
| Owner: | STROY HENRY J P |
| Address 1: | P O BOX 3802 |
| Address 2: | |
| Address 3: | |
| City/State/Zip: | WEST COLUMBIA SC 29171 |
| Property Location/Code: | 1446 AIR BASE RD |

### Tax Information

| | |
|---|---|
| Year: | 2019 |
| Property Tax Relief: | $0.00 |
| Local Option Sales Tax Credit: | ($21.44) |
| Tax Amount: | $413.09 |
| Paid: | No |
| Homestead: | No |
| Assessed: | $910.00 |

### Assessment Information

| | | | |
|---|---|---|---|
| Year Of Assessment: | 2019 | Legal Residence: | No |
| Tax District: | 1LR | Sewer Connection: | NONE |
| Acreage Of Parcel: | 4.12 | Water Connection: | NONE |
| Non-Agriculture Value: | $21,600.00 | Agriculture Value: | $0.00 |
| Building Value: | $0.00 | Improvements: | $0.00 |
| Taxable Value: | $15,100.00 | | |
| Zoning: | RU | RURAL DISTRICT | |

### Property Information

| | | |
|---|---|---|
| Legal Description: | | #SU |
| | | #PR 3-175 |
| Land Type: | RESIDENTIAL LAND | |

### Transaction History

| Current Owner Name | Transaction Date | V/I | Book/Page | Transaction Price | Qual Code |
|---|---|---|---|---|---|
| STROY HENRY J P | 00/00/1979 | | D0518/ 512 | **SEE DEED | |

** Where transaction price states *EXCLUDED* a copy may be obtained from the
Richland County Register of Deeds Office located at 1701 Main Street Room 101 Columbia, SC 29201
or via registering with the Richland County Premier Online Data Services.**

Qualification Code Definitions

### Structure Information

| Building Number | Year Structure Was Assessed | Building Description | Actual Year Built | Number Of Bathrooms | Number Of Bedrooms | Total Number Of Stories | Heated Square Footage | Total Square Footage |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

### Structure Details

| Structure Type | Structure Description | Building Number |
|---|---|---|
| | | |

### Exemptions

| Exemption Year | Exemption Description |
|---|---|
| | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-06297** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **DEBTORS PROPERTY-LAND ONLY-1446 AIRBASE ROAD, HOPKINS, SC 29061, RICHLAND COUNTY, (1) LOT OF LAND, TMS # (R27600-04-02), TAX APPRAISAL VALUE ($15,100), SEE ATTACHED TAX APPRAISAL**<br><br>**DEBTOR ESTIMATES VALUE AT ($9,000)**<br>Line from *Schedule A/B*: **1.2** | $9,000.00 | ■ $6,090.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(7) in the amount of $6,090.00 of unused Cash Exemption |
| **2010 CHEVROLET IMPALA: VIN# (2G1WA5EK7A1145596), (4) DOOR, (6) CYLINDER, (335,000) MILES, NADA VALUE ($1,090)**<br>Line from *Schedule A/B*: **3.1** | $1,090.00 | ■ $6,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(2) |
| **HOUSEHOLD GOODS: COUCH, LOVESEAT, TABLES, CHAIRS, BEDS, DRESSERS, MICROWAVE, REFRIGERATOR, STOVE, WASHER, DRYER, MOWER, WEEDEATER**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Henry James Phillip Stroy** | | | Case number (if known) | **19-06297** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **ELECTRONICS: TVS, DVD PLAYER, COMPUTER**<br>Line from *Schedule A/B*: **7.1** | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **BOOKS**<br>Line from *Schedule A/B*: **8.1** | **$50.00** | ■ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | **$600.00** | ■ **$600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(3) |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | **$100.00** | ■ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(4) |
| **Savings: ALLSOUTH FEDERAL CREDIT UNION: SAVINGS ACCOUNT # (2324)**<br>Line from *Schedule A/B*: **17.1** | **$10.00** | ■ **$10.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Checking: ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT # (3801)**<br>Line from *Schedule A/B*: **17.2** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Checking: ALLSOUTH FEDERAL CREDIT UNION: CHECKING ACCOUNT # (3627)**<br>Line from *Schedule A/B*: **17.3** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Checking: BB&T: CHECKING ACCOUNT # (5656)**<br>Line from *Schedule A/B*: **17.4** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **Checking: BB&T: CHECKING ACCOUNT # (4933) (-$4.00)**<br>Line from *Schedule A/B*: **17.5** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(5) |
| **401(k): RETIREMENT PROGRAM: ERISA QUALIFIED 401K RETIREMENT PROGRAM, FACE VALUE OF PROGRAM ($300), CASH SURRENDER VALUE OF PROGRAM ($0.00)**<br>Line from *Schedule A/B*: **21.1** | **$300.00** | ■ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | S.C. Code Ann. § 15-41-30(A)(14) |

| Debtor 1 | **Henry James Phillip Stroy** | | Case number (if known) | **19-06297** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **LINCOLN HERITAGE LIFE INSURANCE: TERM LIFE INSURANCE POLICY, FACE VALUE OF POLICY ($16,000), CASH SURRENDER VALUE OF POLICY ($0.00)**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(8)** |
| **TOOLS OF TRADE: COMPUTERS, PRINTERS, COPIER, DESKS, TABLES, CHAIRS, PHONES**<br>Line from *Schedule A/B*: **40.1** | $1,495.00 | ■ $1,495.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(6)** |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Henry James Phillip Stroy** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 19-06297 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.1 AUTO CASH**
Creditor's Name

1640 AIRPORT BLVD
West Columbia, SC
29169

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **04/17**

Describe the property that secures the claim:     **$1,600.00** | **$1,090.00** | **$510.00**

**2010 CHEVROLET IMPALA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Auto Loan**

Last 4 digits of account number    **8817**

---

**2.2 LENDERS LOANS**
Creditor's Name

1102 WASHINGTON
STREET
Columbia, SC 29201

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred    **2017**

Describe the property that secures the claim:     **$1,700.00** | **$1,500.00** | **$1,700.00**

**HOUSEHOLD GOODS: 522 (f) VOIDABLE**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Last 4 digits of account number    **5152**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Henry James Phillip Stroy**                                    Case number (if known)    **19-06297**

First Name          Middle Name          Last Name

---

| 2.3 | **NATIONAL FINANCE** | Describe the property that secures the claim: | $1,442.75 | $1,500.00 | $1,442.75 |
|---|---|---|---|---|---|

Creditor's Name

> **HOUSEHOLD GOODS: 522 (f)**
> **VOIDABLE**

**2101 MAIN STREET**
**SUITE F**
**Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred    **2017**          Last 4 digits of account number    **5994**

---

| 2.4 | **ONE MAIN FINANCIAL** | Describe the property that secures the claim: | $10,201.02 | $1,500.00 | $8,701.02 |
|---|---|---|---|---|---|

Creditor's Name

> **HOUSEHOLD GOODS: 522 (f)**
> **VOIDABLE**

**4711 FOREST DRIVE**
**BAY 19**
**Columbia, SC 29206**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred    **2015**          Last 4 digits of account number    **4969**

---

| 2.5 | **REGIONAL FINANCE** | Describe the property that secures the claim: | $1,421.58 | $1,500.00 | $1,421.58 |
|---|---|---|---|---|---|

Creditor's Name

> **HOUSEHOLD GOODS: 522 (f)**
> **VOIDABLE**

**528 KNOX ABBOTT**
**DRIVE**
**Cayce, SC 29033**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred    **2016**          Last 4 digits of account number    **4045**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Henry James Phillip Stroy**

| First Name | Middle Name | Last Name |

Case number (if known)  **19-06297**

---

| 2.6 | **SECURITY FINANCE** | | $346.96 | $1,500.00 | $346.96 |

Creditor's Name

Describe the property that secures the claim:

**HOUSEHOLD GOODS: 522 (f) VOIDABLE**

**1111 TAYLOR STREET
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred  **2016**

Last 4 digits of account number  **1110**

---

| 2.7 | **SHELLPOINT MORTGAGE** | | $60,000.00 | $61,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**5323 NORTH MAIN STREET
COLUMBIA, SC 29203**

**PO BOX 619063
Dallas, TX 75261**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred  **02/07**

Last 4 digits of account number  **8672**

---

| 2.8 | **SOUTHERN FINANCE** | | $623.21 | $1,500.00 | $623.21 |

Creditor's Name

Describe the property that secures the claim:

**HOUSEHOLD GOODS: 522 (f) VOIDABLE**

**1900 TAYLOR STREET
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Non-Purchase Money Security**

Date debt was incurred  **2017**

Last 4 digits of account number  **5152**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Henry James Phillip Stroy**

First Name        Middle Name        Last Name

Case number (if known)   **19-06297**

| 2.9 | **WORLD ACCEPTANCE** | | **$2,254.25** | **$1,500.00** | **$2,254.25** |

Creditor's Name

**Describe the property that secures the claim:**

**1630 AIRPORT BLVD**
**West Columbia, SC**
**29169**

Number, Street, City, State & Zip Code

> **HOUSEHOLD GOODS: 522 (f)**
> **VOIDABLE**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured
   car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)   **Non-Purchase Money Security**

**Date debt was incurred**   **2016**      **Last 4 digits of account number**   **0957**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$79,589.77** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$79,589.77** |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐

Name, Number, Street, City, State & Zip Code

**SCOTT & CORLEY**
**2712 MIDDLEBURG DRIVE**
**SUITE 200**
**Columbia, SC 29204**

On which line in Part 1 did you enter the creditor?  **2.7**

Last 4 digits of account number  **___**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-06297** |
| (if known) | |

☐ Check if this is an
   amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **IRS** | Last 4 digits of account number  **5152** | **$17,372.94** | **$6,067.00** | **$11,305.94** |
| Priority Creditor's Name | | | | |
| **PO BOX 7346** | When was the debt incurred?  **2014** | | | |
| **Philadelphia, PA 19101-7346** | | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| **Who incurred the debt?** Check one. | | | | |
| | ☐ Contingent | | | |
| ■ Debtor 1 only | | | | |
| ☐ Debtor 2 only | ☐ Unliquidated | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | | | |
| ☐ At least one of the debtors and another | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ Domestic support obligations | | | |
| ☐ **Check if this claim is for a  community debt** | ■ Taxes and certain other debts you owe the government | | | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ■ No | ☐ Other. Specify | | | |
| ☐ Yes | **Unsecured Federal Income Taxes** | | | |

| Debtor 1 | **Henry James Phillip Stroy** | | Case number (if known) | **19-06297** |
|---|---|---|---|---|

| 2.2 | **SC DEPT EMPLOYMENT & WORKFORCE** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number **8337** | **$1,100.00** | **$1,100.00** | **$0.00** |
| | **PO BOX 8597** | | | | |
| | **Columbia, SC 29202** | When was the debt incurred? | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**Employment Taxes**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | **Total claim** |
|---|---|---|---|---|

| 4.1 | **ASSET RECOVERY** | | |
|---|---|---|---|
| | Nonpriority Creditor's Name | Last 4 digits of account number **5152** | **$27.00** |
| | **6251 CROOKED CREEK ROAD** | | |
| | **Norcross, GA 30092** | When was the debt incurred? | |
| | Number Street City State Zip Code | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collections**

Debtor 1    **Henry James Phillip Stroy**                                      Case number (if known)    **19-06297**

---

| 4.2 | **BLUE TRUST LOANS** | | Last 4 digits of account number | **5152** | | **$2,914.00** |

Nonpriority Creditor's Name

**PO BOX 44967**
**Eden Prairie, MN 55344**

Number Street City State Zip Code

**When was the debt incurred?**    **2016**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal Loan**

---

| 4.3 | **CAPITAL ONE** | | Last 4 digits of account number | **3276** | | **$410.68** |

Nonpriority Creditor's Name

**PO BOX 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**When was the debt incurred?**    **1998**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.4 | **CAPITAL ONE** | | Last 4 digits of account number | **1139** | | **$1,023.11** |

Nonpriority Creditor's Name

**PO BOX 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**When was the debt incurred?**    **2000**

Who incurred the debt? Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

Debtor 1    **Henry James Phillip Stroy**

Case number (if known)    **19-06297**

---

| 4.5 | **CAPITAL ONE** | Last 4 digits of account number | 9976 | $3,090.62 |

Nonpriority Creditor's Name

**PO BOX 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2002**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.6 | **CAPITAL ONE** | Last 4 digits of account number | 5234 | $1,725.48 |

Nonpriority Creditor's Name

**PO BOX 71083**
**Charlotte, NC 28272**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2006**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.7 | **CASHWELL FINANCIAL** | Last 4 digits of account number | 5152 | $1,160.47 |

Nonpriority Creditor's Name

**2720 DECKER BLVD**
**SUITE D**
**Columbia, SC 29206**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal Loan**

---

| Debtor 1 | **Henry James Phillip Stroy** | | Case number (if known) | **19-06297** |
|---|---|---|---|---|

---

| 4.8 | **FUTURE INCOME PAYMENTS** | Last 4 digits of account number | **5152** | **$17,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2505 ANTHEM VILLAGE DRIVE**
**Henderson, NV 89052**

When was the debt incurred? **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Personal Loan**

---

| 4.9 | **INSTANT CASH LOANS** | Last 4 digits of account number | **5152** | **$700.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**712 12TN STREET**
**West Columbia, SC 29169**

When was the debt incurred? **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Cash Advance**

---

| 4.10 | **IRS** | Last 4 digits of account number | **5152** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO BOX 7346**
**Philadelphia, PA 19101-7346**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Notice Only**

---

Debtor 1    **Henry James Phillip Stroy**                                      Case number (if known)    **19-06297**

---

| 4.1 1 | **IRS** | Last 4 digits of account number | **5152** | **$4,291.37** |

Nonpriority Creditor's Name

**PO BOX 7346**
**Philadelphia, PA 19101-7346**

Number Street City State Zip Code

**When was the debt incurred?**    **2013**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Unsecured Employment Taxes**

---

| 4.1 2 | **LEXINGTON MEDICAL CENTER** | Last 4 digits of account number | **5152** | **Unknown** |

Nonpriority Creditor's Name

**2720 SUNSET BLVD**
**West Columbia, SC 29169**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical Bills**

---

| 4.1 3 | **RICHLAND COUNTY** | Last 4 digits of account number | **5152** | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 11947**
**Columbia, SC 29211**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Notice Only**

---

Debtor 1  **Henry James Phillip Stroy**                                        Case number (if known)  **19-06297**

---

| 4.1 4 | **RISE CREDIT** | Last 4 digits of account number | **5152** | **$3,465.73** |

Nonpriority Creditor's Name

**PO BOX 101808**
**Fort Worth, TX 76185**

When was the debt incurred?  **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal Loan**

---

| 4.1 5 | **SBA** | Last 4 digits of account number | **5004** | **$20,024.41** |

Nonpriority Creditor's Name

**801 TOM MARTIN DRIVE**
**SUITE 120**
**Birmingham, AL 35211**

When was the debt incurred?  **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Personal Loan**

---

| 4.1 6 | **SC DEPT OF REVENUE** | Last 4 digits of account number | **5152** | **$0.00** |

Nonpriority Creditor's Name

**PO BOX 12265**
**Columbia, SC 29211**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Notice Only**

---

Debtor 1   **Henry James Phillip Stroy**                                             Case number (if known)      **19-06297**

---

| 4.1<br>7 | **TITLEMAX** | | |
| --- | --- | --- | --- |

| | Last 4 digits of account number | **5152** | **$1,288.83** |
| --- | --- | --- | --- |

Nonpriority Creditor's Name
**3908 N MAIN STREET**
**Columbia, SC 29203**
Number Street City State Zip Code

When was the debt incurred?            **2016**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Deficiency**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address<br>**ATTORNEY GENERAL OF UNITED STATES**<br>**950 PENNSYLVANIA AVE, NW**<br>**Washington, DC 20530-0001**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| --- | --- |
| Name and Address<br>**ATTORNEY GENERAL OF UNITED STATES**<br>**950 PENNSYLVANIA AVE, NW**<br>**Washington, DC 20530-0001**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**ATTORNEY GENERAL OF UNITED STATES**<br>**950 PENNSYLVANIA AVE, NW**<br>**Washington, DC 20530-0001**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US ATTORNEY'S OFFICE**<br>**ATTN DOUG BARNETT**<br>**1441 MAIN ST STE 500**<br>**Columbia, SC 29201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US ATTORNEY'S OFFICE**<br>**ATTN DOUG BARNETT**<br>**1441 MAIN ST STE 500**<br>**Columbia, SC 29201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**US ATTORNEY'S OFFICE**<br>**ATTN DOUG BARNETT**<br>**1441 MAIN ST STE 500**<br>**Columbia, SC 29201**<br><br>Last 4 digits of account number | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

---

| Debtor 1 | **Henry James Phillip Stroy** | Case number (if known) | **19-06297** |

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 18,472.94 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 18,472.94 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 57,121.70 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 57,121.70 |

**Fill in this information to identify your case:**

| Debtor 1 | **Henry James Phillip Stroy** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | 19-06297 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **PRIME FINANCIAL**<br>**PO BOX 50830**<br>**Columbia, SC 29223** | **DEBTOR TO ASSUME LEASE AND REMAIN CURRENT IN THE AMOUNT OF ($1,185)/MONTHLY ON RESIDENCE LOCATED AT 705 WILDLIFE LANE, COLUMBIA, SC 29209.**<br><br>**THIS IS A RENT TO OWN CONTRACT** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-06297** |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 _____<br>Name<br>_____<br>Number          Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.2 _____<br>Name<br>_____<br>Number          Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Henry James Phillip Stroy |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | 19-06297 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income                                          12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** TAX PREPARER | RETIRED |
| | | **Employer's name** STROY TAX SERVICES | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** 5323 N MAIN STREET Columbia, SC 29203 | |
| | | **How long employed there?** 43 YEARS | |

### Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Henry James Phillip Stroy**                                    Case number (*if known*)  **19-06297**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 812.67 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: **TIER 1 - RETIREMENT BENEFIT ($2,254 LESS TAX ($69.00)** | 8h.+ | $ 2,211.00 + | $ 0.00 |
| **TEIR 2 - SSI BENEFIT:$1,798.79 LESS $135.5 MEDICARE** | | $ 1,663.28 | $ 0.00 |
| **SUPPLEMENTAL ANNUITY** | | $ 43.00 | $ 0.00 |
| **TAXES ($143 AND OTHER $334)** | | $ 0.00 | $ 650.00 |
| **TEIR 2 - SSI BENEFIT** | | $ 0.00 | $ 809.45 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 4,729.95 | $ 1,459.45 |

10. **Calculate monthly income.** Add line 7 + line 9. | 10. | $ 4,729.95 + | $ 1,459.45 = | $ 6,189.40 |
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify:                                                                                    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                              12. $ 6,189.40

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ■ Yes. Explain:  **DEBTOR DOES NOT ANTICIPATE A CHANGE IN INCOME IN THE NEXT YEAR.**



UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD
QUORUM BUSINESS PARK
7508 E INDEPENDENCE BLVD
SUITE 120
CHARLOTTE NC 28227
WWW.RRB.GOV

UND129638304*2516030251520517M
H J STROY
P O BOX 3802
W COLUMBIA, SC  29171-3802

202431
T852 P1

OFFICE HOURS:
9:00 AM TO 3:30 PM MON., TUES., THURS., FRI.
9:00 AM TO NOON WEDNESDAY EXCEPT FEDERAL HOLIDAYS
TOLL-FREE NUMBER: 1-877-772-5772

Issued:  December 27, 2018

We adjusted your railroad retirement benefits effective with your January 2, 2019, payment because of a rise in the cost of living.  Here's how we figured your new monthly rate:

|                                      |            |
|--------------------------------------|-----------:|
| Tier 1                               | $2,254.00  |
| Tier 2                               | $1,798.78  |
| Supplemental Annuity                 | $43.00     |
| **Gross RRB Benefit**                | **$4,095.78** |
| (less Federal income taxes withheld) | $69.00     |
| (less other deductions)              | $0.00      |
| RRB Benefit (before Medicare)        | $4,026.78  |
| Less Medicare Premium(s)             | $135.50    |
| **Payment Amount**                   | **$3,891.28** |

The cost of living increase for tier 1 and social security benefits is **2.8** percent.  The increase for tier 2 is **0.9** percent.  If you are receiving other government benefits, such as social security, a public service pension or another railroad retirement annuity, your tier 1 amount may not have increased because of a reduction required by law. If you disagree with any of the amounts shown, you have the right to request reconsideration within 60 days of the date of this letter.

The Internal Revenue Service (IRS) has revised the income tax withholding rates used to calculate Federal income taxes for U.S. citizens.  The RRB implemented the new IRS tax tables effective with the January 2019 payment, and this may have caused your monthly payments to decrease.

You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, property tax credit, or for other purposes.

**For Additional Information**
Please review the important information enclosed with this notice. If you have any questions about this notice, write to us at the address shown above or call us toll-free at 1-877-772-5772.  For general information about railroad retirement benefits visit our website at www.rrb.gov.  If you need a separate letter as proof of your monthly benefit amount or need a replacement Medicare card, you can request them by calling our toll-free number and using our automated RRB HelpLine, or by clicking on Benefit Online Services on our website.

08-4202431

RL-47 (5-10)

# PROFIT & LOSS STATEMENT

Month __February__    Year __2019__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales...........................................................$ 39,977
2. Cost of Goods Sold:
   - 2a)    Purchases                           $_____
   - 2b)    Cost of Labor                       $_____
     (do not include employee salaries)
   - 2c)    Materials & Supplies          $_____          $_____
3. Gross Profit (subtract line 2 from line 1)   ..................$_____
4. Other Income                                  ..................$_____
5. Gross Income(add lines 3&4)                   ..................$ 39977

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease.... Contractor Pay ____   $ 11,220
7. Salaries and Wages of Employees...........................$ 9650
8. Employee Benefits................................................$_____
9. Equipment Lease Payments....................................$_____
10. Secured Debt Payments.........................................$ 5000
11. Supplies (not included in 2(c))...............................$ 2712
12. Utilities.............................................................$ 920
13. Telephone........................................................$ 420
14. Repairs & Maintenance.........................................$ 560
15. Miscellaneous Office Expense.................................$_____
16. Advertising.......................................................$ 3200
17. Travel & Entertainment........................................$_____
18. Professional Fees................................................$_____
    Name_____ Purpose_____        $_____
19. Insurance:
    - 19 a) Liability                    $ 74
    - 19 b) Property                     $_____
    - 19 c) Vehicle                      $_____
    - 19 d) Worker's Compensation        $_____
    - 19 e) Other_____              $_____          $ 74
20. Taxes:
    - 20 a) Payroll                      $_____
    - 20 b) Sales                        $_____
    - 20 c) Other                        $_____          $_____
21. Total Expenses (add lines 6-20)                          $ 33,756

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ 6221

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.
Date __8-26-2019__               Debtors: _Henry J Stin_

# PROFIT & LOSS STATEMENT

Month _MARCH_      Year _2019_

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales................................................................ $ _8250_
2. Cost of Goods Sold:
   2a)     Purchases                                      $ _____
   2b)     Cost of Labor                                  $ _____
           (do not include employee salaries)
   2c)        Materials & Supplies                        $ _____        $ _____
3. Gross Profit (subtract line 2 from line 1) ....................................... $ _____
4. Other Income ................................................................. $ _____
5. Gross Income(add lines 3&4) ................................................ $ _8250_

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease...... _Contractor Pay_ ... $ _0_
7. Salaries and Wages of Employees.......................................... $ _8734_
8. Employee Benefits......................................................... $ _____
9. Equipment Lease Payments............................................... $ _____
10. Secured Debt Payments.................................................. $ _3000_
11. Supplies (not included in 2(c))......................................... $ _720_
12. Utilities.................................................................. $ _606_
13. Telephone.............................................................. $ _470_
14. Repairs & Maintenance................................................. $ _____
15. Miscellaneous Office Expense.......................................... $ _____
16. Advertising............................................................. $ _____
17. Travel & Entertainment................................................ $ _____
18. Professional Fees...................................................... $ _____
    Name_____ Purpose_____        $ _____
19. Insurance:
    19 a) Liability                          $ _73_
    19 b) Property                           $ _____
    19 c) Vehicle                            $ _____
    19 d) Worker's Compensation              $ _____
    19 e) Other_____                  $ _____        $ _73_

20. Taxes:
    20 a) Payroll                            $ _____
    20 b) Sales                              $ _____
    20 c) Other                              $ _____        $ _____

21. Total Expenses (add lines 6-20)                          $ _13603_

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ _<5353>_

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date_ _8-26-2019_ ___        Debtors: _Henry J Sims_

# PROFIT & LOSS STATEMENT

Month __*April*__    Year __*2019*__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

## INCOME

1. Gross Receipts or Sales.............................................................. $ **17830**
2. Cost of Goods Sold:
   - 2a)    Purchases                                          $_____
   - 2b)    Cost of Labor                                      $_____
   - (do not include employee salaries)
   - 2c)    Materials & Supplies                          $_____        $_____
3. Gross Profit (subtract line 2 from line 1) ...................................... $_____
4. Other Income ......................................................................... $_____
5. Gross Income (add lines 3&4) ................................................... $ **17830**

## EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease........ **Contractor PAY**          $ **3435**
7. Salaries and Wages of Employees.................................. $ **6780**
8. Employee Benefits........................................................ $_____
9. Equipment Lease Payments............................................ $_____
10. Secured Debt Payments................................................ $ **3000**
11. Supplies (not included in 2(c))....................................... $_____
12. Utilities....................................................................... $_____
13. Telephone................................................................... $ **276**
14. Repairs & Maintenance................................................. $ **411**
15. Miscellaneous Office Expense........................................ $ **420**
16. Advertising.................................................................. $_____
17. Travel & Entertainment................................................. $_____
18. Professional Fees......................................................... $_____
    - Name_____ Purpose_____          $_____
19. Insurance:
    - 19 a) Liability                            $ **73**
    - 19 b) Property                            $_____
    - 19 c) Vehicle                             $_____
    - 19 d) Worker's Compensation
    - 19 e) Other_____               $_____        $ **73**

20. Taxes:
    - 20 a) Payroll                             $_____
    - 20 b) Sales                               $_____
    - 20 c) Other                               $_____        $_____

21. Total Expenses (add lines 6-20)                              $ **14395**

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ **3435**

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.
Date____**8-26-2019**____          Debtors: _____

## PROFIT & LOSS STATEMENT

Month ___MAY___    Year ___2019___

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1. Gross Receipts or Sales.................................................... $ **2471**
2. Cost of Goods Sold:
   2a)    Purchases                          $_____
   2b)    Cost of Labor                      $_____
   (do not include employee salaries)
   2c)    Materials & Supplies         $_____         $_____
3. Gross Profit (subtract line 2 from line 1)    .................. $_____
4. Other Income                                             .................. $_____
5. Gross Income(add lines 3&4)                   .................. $_____

EXPENSES (do not list chapter 13 plan payment)

6. Business Property Rent/Lease......... *Contractor* ....... $ **328**
7. Salaries and Wages of Employees.......................... $_____
8. Employee Benefits.................................................. $_____
9. Equipment Lease Payments..................................... $_____
10. Secured Debt Payments........................................ $_____
11. Supplies (not included in 2(c))............................... $ **1000**
12. Utilities.............................................................. $ **25**
13. Telephone.......................................................... $ **558**
14. Repairs & Maintenance......................................... $_____
15. Miscellaneous Office Expense................................ $ **60**
16. Advertising......................................................... $_____
17. Travel & Entertainment......................................... $_____
18. Professional Fees................................................ $_____
    Name_____ Purpose_____ $_____
19. Insurance:
    19 a) Liability                        $ **73**
    19 b) Property                       $_____
    19 c) Vehicle                         $_____
    19 d) Worker's Compensation  $_____
    19 e) Other_____        $_____         $ **73**

20. Taxes:
    20 a) Payroll                          $_____
    20 b) Sales                            $_____
    20 c) Other                            $_____         $_____

21. Total Expenses (add lines 6-20)           $ **2044**

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ **427**

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date___8-26-2019___                    Debtors: X _Henry Jo Stuy_

## PROFIT & LOSS STATEMENT

Month __June__   Year __2019__

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

**INCOME**

1.  Gross Receipts or Sales..................................................................... $ __485__
2.  Cost of Goods Sold:
    - 2a)   Purchases                          $_____
    - 2b)   Cost of Labor                      $_____
    - (do not include employee salaries)
    - 2c)   Materials & Supplies              $_____      $_____
3.  Gross Profit (subtract line 2 from line 1) ................. $_____
4.  Other Income ..................................................... $_____
5.  Gross Income(add lines 3&4) ......................... $_____

**EXPENSES (do not list chapter 13 plan payment)**

6.  Business Property Rent/Lease............................................... $_____
7.  Salaries and Wages of Employees......................................... $_____
8.  Employee Benefits................................................................ $_____
9.  Equipment Lease Payments.................................................. $_____
10. Secured Debt Payments....................................................... $_____
11. Supplies (not included in 2(c))............................................. $_____
12. Utilities.............................................................................. $__253__
13. Telephone.......................................................................... $__160__
14. Repairs & Maintenance........................................................ $__384__
15. Miscellaneous Office Expense.............................................. $_____
16. Advertising......................................................................... $_____
17. Travel & Entertainment...................................................... $_____
18. Professional Fees................................................................ $_____
    - Name_____ Purpose_____ $_____
19. Insurance:
    - 19 a) Liability                 $__73__
    - 19 b) Property                 $_____
    - 19 c) Vehicle                  $_____
    - 19 d) Worker's Compensation   $_____
    - 19 e) Other_____         $_____       $__73__
20. Taxes:
    - 20 a) Payroll                  $_____
    - 20 b) Sales                    $_____
    - 20 c) Other                    $_____       $_____
21. Total Expenses (add lines 6-20)                      $__870__

    TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)   $ <385>

I/WE declare under penalty of perjury that the information provided is true and correct to the best of
my/our knowledge, information and belief.
Date_____8-26-2019_____          Debtors:_____

# PROFIT & LOSS STATEMENT

Month _July_    Year _2019_

*(Do Not Include Personal Household Expenses. Include Only Business Expenses)*

INCOME

1.  Gross Receipts or Sales................................................................ $ 1265
2.  Cost of Goods Sold:
    2a)    Purchases                           $_____
    2b)    Cost of Labor                       $_____
    (do not include employee salaries)
    2c)    Materials & Supplies              $_____        $_____
3.  Gross Profit (subtract line 2 from line 1) ......................... $_____
4.  Other Income .......................................................................... $_____
5.  Gross Income(add lines 3&4) .............................................. $ 1265

EXPENSES (do not list chapter 13 plan payment)

6.  Business Property Rent/Lease........ Ethel Parker (contractu) $ 224
7.  Salaries and Wages of Employees.............................................. $_____
8.  Employee Benefits......................................................................... $_____
9.  Equipment Lease Payments........................................................ $_____
10. Secured Debt Payments............................................................... $_____
11. Supplies (not included in 2(c))................................................... $ 99
12. Utilities............................................................................................. $ 121
13. Telephone........................................................................................ $ 220
14. Repairs & Maintenance............................................................... $_____
15. Miscellaneous Office Expense................................................... $_____
16. Advertising...................................................................................... $_____
17. Travel & Entertainment.............................................................. $_____
18. Professional Fees......................................................................... $_____
    Name_____ Purpose_____        $_____
19. Insurance:
    19 a) Liability                               $ 73
    19 b) Property                              $_____
    19 c) Vehicle                               $_____
    19 d) Worker's Compensation            $_____
    19 e) Other_____              $_____        $ 73

20. Taxes:
    20 a) Payroll                               $_____
    20 b) Sales                                 $_____
    20 c) Other                                 $_____        $_____

21. Total Expenses (add lines 6-20)                        $ 737

TOTAL PROFIT (LOSS) FOR MONTH (subtract line 21 from line 5)    $ 528

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.
Date___8-26-2019___      Debtors: _Henry J Strong_

UNITED STATES OF AMERICA
RAILROAD RETIREMENT BOARD
QUORUM BUSINESS PARK
7508 E INDEPENDENCE BLVD
SUITE 120
CHARLOTTE NC 28227
WWW.RRB.GOV

OFFICE HOURS:
9:00 AM TO 3:30 PM MON., TUES., THURS., FRI.
9:00 AM TO NOON WEDNESDAY EXCEPT FEDERAL HOLIDAYS
TOLL-FREE NUMBER: 1-877-772-5772

ɿɿɽɿˡɿˡˡʰɿˡˡˡɿɿˡˡˡˡɿˡɿˡˡˡˡˡɿˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡˡ
UND129638304*2516030251520517M
JACQUELINE T STROY
705 WILDFLIFE LN
COLUMBIA, SC  29209-3465

202562
T852 P1

Issued:  December 27, 2018

We adjusted your railroad retirement benefits effective with your January 2, 2019, payment because of a rise in the cost of living.  Here's how we figured your new monthly rate:

|  |  |
|---|---|
| Tier 1 | $1,127.00 |
| Tier 2 | $809.45 |
| **Gross RRB Benefit** | **$1,936.45** |
| (less Federal income taxes withheld) | $143.00 |
| (less other deductions) | $334.00 |
| RRB Benefit (before Medicare) | $1,459.45 |
| Less Medicare Premium(s) | $0.00 |
| **Payment Amount** | **$1,459.45** |

The cost of living increase for tier 1 and social security benefits is **2.8** percent.  The increase for tier 2 is **0.9** percent.  If you are receiving other government benefits, such as social security, a public service pension or another railroad retirement annuity, your tier 1 amount may not have increased because of a reduction required by law. If you disagree with any of the amounts shown, you have the right to request reconsideration within 60 days of the date of this letter.

The Internal Revenue Service (IRS) has revised the income tax withholding rates used to calculate Federal income taxes for U.S. citizens.  The RRB implemented the new IRS tax tables effective with the January 2019 payment, and this may have caused monthly payments to decrease.

You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, property tax credit, or for other purposes.

**For Additional Information**
Please review the important information enclosed with this notice. If you have any questions about this notice, write to us at the address shown above or call us toll-free at 1-877-772-5772.  For general information about railroad retirement benefits visit our website at www.rrb.gov.  If you need a separate letter as proof of your monthly benefit amount or need a replacement Medicare card, you can request them by calling our toll-free number and using our automated RRB HelpLine, or by clicking on Benefit Online Services on our website.

03-4202562                                                                                      RL-47 (5-10)

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (If known) | **19-06297** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

    Do not list Debtor 1 and Debtor 2.   ☐ Yes.   Fill out this information for each dependent..............

    Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ ___1,185.00

    **If not included in line 4:**

    4a.  Real estate taxes                                                   4a. $ ___0.00
    4b.  Property, homeowner's, or renter's insurance                        4b. $ ___0.00
    4c.  Home maintenance, repair, and upkeep expenses                       4c. $ ___110.00
    4d.  Homeowner's association or condominium dues                         4d. $ ___0.00

5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $ ___0.00

Debtor 1    **Henry James Phillip Stroy**                                   Case number (if known)    **19-06297**

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | **300.00** |
| | 6b. Water, sewer, garbage collection | 6b. $ | **100.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **185.00** |
| | 6d. Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **685.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **159.00** |
| 10. | **Personal care products and services** | 10. $ | **70.00** |
| 11. | **Medical and dental expenses** | 11. $ | **110.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **400.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **125.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | **278.00** |
| | 15b. Health insurance | 15b. $ | **0.00** |
| | 15c. Vehicle insurance | 15c. $ | **210.00** |
| | 15d. Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: **AUTO PROPERTY TAXES** | 16. $ | **20.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b. Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. Other. Specify: **NONFILING SPOUSE MEDICAL BILL PAYMENTS** | 17c. $ | **300.00** |
| | 17d. Other. Specify: **NONFILING SPOUSE - CREDIT CARD** | 17d. $ | **126.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | $ | **0.00** |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. $ | **0.00** |
| | 20b. Real estate taxes | 20b. $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: **SOCIAL SECURITY REDUCTION** | 21. +$ | **2,472.73** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **6,835.73** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | **6,835.73** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **6,189.40** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **6,835.73** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-646.33** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. 　Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES IN EXPENSES.  EXCESS INCOME IS EXEMPT SOCIAL SECURITY INCOME.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **19-06297** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                    12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Henry James Phillip Stroy** | X |
|---|---|
| **Henry James Phillip Stroy** | |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date **December 30, 2019** | Date |
|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | 19-06297 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$56,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Henry James Phillip Stroy** | | | Case number *(if known)* | **19-06297** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2018 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $63,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $40,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | RETIREMENT | $42,000.00 | | |
| **For last calendar year:** (January 1 to December 31, 2018 ) | RETIREMENT | $46,695.36 | | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | RETIREMENT | $21,790.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

| Debtor 1 | Henry James Phillip Stroy | | Case number *(if known)* | **19-06297** |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

   | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
   |---|---|---|---|---|

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

   | Case title Case number | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | **THE BANK OF NEW YORK, ET AL V. HENRY STROY** 2017CP4000132 | **FORECLOSURE** | **RICHLAND COUNTY PO BOX 11947 Columbia, SC 29211** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
    |---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Henry James Phillip Stroy** | Case number *(if known)* | **19-06297** |
|---|---|---|---|

---

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address *(Number, Street, City, State and ZIP Code)* | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| **Part 6:** | **List Certain Losses** |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| **Part 7:** | **List Certain Payments or Transfers** |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **MOSS & ASSOCIATES, ATTORNEYS, P.A.**<br>**816 ELMWOOD AVENUE**<br>**Columbia, SC 29201** | **ATTORNEY FEES: $679.00**<br>**FILING FEE: $310.00** | **DECEMBER 2017** | **$989.00** |
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201**<br>lindsey@mossattorneys.com | **PRIOR CHAPTER 13 CASE**<br>**ATTORNEY FEES: $885.00**<br>**ATTORNEY FEES PAID THROUGH PLAN: $1,196.00**<br>**FILING FEE: $310.00** | **JULY 2017** | **$2,391.00** |
| **CC ADVISING, INC.**<br>**730 WASHINGTON AVE.**<br>**SUITE 230-D**<br>**Bay City, MI 48708-5732** | **CREDIT COUNSELING: $9.76** | **JULY 2017** | **$9.76** |

Debtor 1      **Henry James Phillip Stroy**                          Case number *(if known)*   **19-06297**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address  Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **A FIRST TOWING 4521 BROAD RIVER ROAD Columbia, SC 29210**  **NONE** | **2001 BUICK PARK AVENUE, $25** | **DEBTOR RECEIVED $25 FOR VEHICLE WHEN JUNKED. BASICALLY PAID FOR THE TOWING OF VEHICLE.** | **JULY 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    Henry James Phillip Stroy                                    Case number (*if known*)    19-06297

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title Case Number | Court or agency Name Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Debtor 1    Henry James Phillip Stroy                                      Case number (*if known*)    19-06297

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **STROY TAX SERVICE**<br>**5323 NORTH MAIN STREET**<br>**Columbia, SC 29203** | **BUSINESS IS A SOLE PROPRIETORSHIP OPERATING IN TAX AND ACCOUNTING SERVICES, THERE ARE NO OTHER EMPLOYEES.  DEBTOR DOES HAVE AN UNCOLLECTIBLE ACCOUNT RECEIVABLE. THERE IS NO INVENTORY.** | EIN:    **57-0992109**<br><br>From-To    **JANUARY 1980 TO PRESENT** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Henry James Phillip Stroy**                                      _____
**Henry James Phillip Stroy**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **December 30, 2019**                                          Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Henry James Phillip Stroy** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **19-06297** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **LENDERS LOANS**<br><br>Description of property securing debt: **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **NATIONAL FINANCE**<br><br>Description of property securing debt: **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **ONE MAIN FINANCIAL**<br><br>Description of property: **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Henry James Phillip Stroy** | | Case number *(if known)* | **19-06297** |

| securing debt: | **avoid lien using 11 U.S.C. § 522(f)** |

---

| Creditor's name: | **REGIONAL FINANCE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Description of property | **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | | |
| securing debt: | | | |

---

| Creditor's name: | **SECURITY FINANCE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Description of property | **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | | |
| securing debt: | | | |

---

| Creditor's name: | **SHELLPOINT MORTGAGE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Description of property | **5323 NORTH MAIN STREET COLUMBIA, SC 29203** | | |
| securing debt: | | | |

---

| Creditor's name: | **SOUTHERN FINANCE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Description of property | **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | | |
| securing debt: | | | |

---

| Creditor's name: | **WORLD ACCEPTANCE** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>   *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Description of property | **HOUSEHOLD GOODS: 522 (f) VOIDABLE** | | |
| securing debt: | | | |

---

**Part 2:**   **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | **PRIME FINANCIAL** | ☐ No<br><br>■ Yes |
| Description of leased Property: | **DEBTOR TO ASSUME LEASE AND REMAIN CURRENT IN THE AMOUNT OF ($1,185)/MONTHLY ON RESIDENCE LOCATED AT 705 WILDLIFE** | |

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    **Henry James Phillip Stroy**                                    Case number (*if known*)    19-06297

**LANE, COLUMBIA, SC 29209.**

**THIS IS A RENT TO OWN CONTRACT**

| Part 3: | Sign Below |
|---------|------------|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   **/s/ Henry James Phillip Stroy**                              X  _____

    **Henry James Phillip Stroy**                                  Signature of Debtor 2

    Signature of Debtor 1

Date    **December 30, 2019**                                Date  _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy